373 A.2d 1122

Commonwealth v. Garcia, Appellant.

Submitted December 6, 1976. Margaret H. Poswistilo, Assistant Public Defender, for appellant; James J. Narlesky, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1122

Commonwealth v. Garlock, Appellant.

Submitted December 6, 1976. Taylor P. Andrews, Assistant Public Defender, for appellant; Kevin A. Hess, Deputy District Attorney, for Commonwealth, appellee.

Order affirmed.